IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-457-RGA-CJB |
| ROXANE LABORATORIES, INC., | : | |
| Defendant. | : | |

ORDER

This 18th day of June 2013, upon consideration of the Magistrate Judge's Report and Recommendation dated May 28, 2013, and no objections to the Report and Recommendation having been received, and the Report and Recommendation being well-reasoned and thorough, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 64) is **ADOPTED**.

2. The Plaintiff's Motion to Dismiss (D.I. 24) is **DISMISSED AS MOOT**.

3. The Defendant's Motion to Dismiss (D.I. 32) is **DENIED**.

4. The Plaintiff's Motion to Substitute (D.I. 34) is **GRANTED.**

5. The Defendant's Motion to Transfer Case to the Southern District of Ohio (D.I. 13) is **GRANTED.** The case is **TRANSFERRED** to the United States District Court for the Southern District of Ohio.

/s/ Richard G. Andrews
United States District Judge